UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 23-20543-CIV-MARTINEZ-BECERRA

CLIFFORD MARQUEZ, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** came before the Court on the parties' Notice of Settlement, which informs the Court that the parties have reached a settlement in this matter. (ECF No. 10). Accordingly, it is **ORDERED AND ADJUDGED** that

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before June 1, 2023**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice and without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Miami, Florida, this 18th day of April, 2023.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record