UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20543-CIV-MARTINEZ-BECERRA

CLIFFORD MARQUEZ, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the parties' Stipulation of Dismissal. (ECF No. 12). Plaintiff Clifford Marquez and Defendant Portfolio Recovery Associates, LLC stipulate to the dismissal with prejudice of this action as to Plaintiff, and to the dismissal without prejudice as to the putative class members. (*Id.*). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice** as to Plaintiff and is **DISMISSED without prejudice** as to the putative class members. This case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 2 day of June, 2023.

                                                             JOSE E. MARTINEZ
                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record